STATE OF CONNECTICUT *v.* MICHAEL WATSON

The defendant's petition for certification for appeal from the Appellate Court, 47 Conn. App. 794 (AC 16560), is granted, limited to the following issues:

"1. Did the Appellate Court properly uphold the trial court's instruction that the reasonable doubt standard and the presumption of innocence are 'designed to protect the innocent and not the guilty'?

"2. Did the Appellate Court properly conclude that the trial court properly permitted the state to cross-examine the defendant's alibi witness regarding her failure to report the alibi to the proper authorities?"

NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15924.

*Mark Rademacher,* assistant public defender, in support of the petition.

*Frederick W. Fawcett,* assistant state's attorney, in opposition.

Decided April 28, 1998

———

ROSALIE ZANONI *v.* PAUL A. HUDON,
CONSERVATOR (ESTATE OF
HELEN A. BENNY), ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 48 Conn. App. 32 (AC 14012), is denied.

*Rosalie Zanoni,* pro se, in support of the petition.

*Karen L. Murdoch,* in opposition.

Decided April 28, 1998